234 F.2d 665
 Gilbert W. LEHENBAUER
v.
UNITED STATES of America.
 No. 5322.
 United States Court of Appeals Tenth Circuit.
 June 8, 1956.
 
 Edward C. Hastings, Eads, Colo., and James W. Wallace, Scott City, Kan., for appellant.
 H. Brian Holland, Asst. Atty. Gen., and Joseph M. Howard, Atty., Department of Justice, Washington, D.C., and Donald E. Kelley, U.S. Atty., and Robert Swanson, Asst. U.S. Atty., Denver, Colo., for appellee.
 Before BRATTON, Chief Judge.
 PER CURIAM.
 
 
 1
 Dismissed on motion of appellant.